| | | | | |
|---|---|---|---|---|
| State v. Orr | 106,947 | | | |
| | 106,948 | Denied | 08/19/13 | Unpublished |
| State v. Osborn | 106,743 | Denied | 09/04/13 | Unpublished |
| State v. Outhouse | 106,013 | Denied | 07/19/13 | Unpublished |
| State v. Outhouse | 106,362 | Denied | 08/29/13 | Unpublished |
| State v. Padilla | 106,321 | Denied | 07/30/13 | Unpublished |
| State v. Parker | 105,558 | Denied | 08/19/13 | 48 Kan. App. 2d 68 |
| State v. Pate | 107,402 | Denied | 09/04/13 | Unpublished |
| State v. Pete | 106,954 | Denied | 08/20/13 | Unpublished |
| State v. Peterson | 107,834 | Denied | 09/04/13 | Unpublished |
| State v. Pfeiffer | 105,751 | Denied | 09/04/13 | Unpublished |
| State v. Phillips | 107,628 | Denied | 09/04/13 | Unpublished |
| State v. Phillips | 107,803 | Denied | 09/04/13 | Unpublished |
| State v. Pickerill | 105,463 | Denied | 04/08/13 | Unpublished |
| State v. Poke | 107,363 | Denied | 08/19/13 | Unpublished |
| State v. Poore | 105,726 | Denied | 05/20/13 | Unpublished |
| State v. Pressley | 107,405 | Denied | 08/19/13 | Unpublished |
| State v. Price | 106,929 | Denied | 08/30/13 | Unpublished |
| State v. Pritchard | 106,945 | Denied | 07/22/13 | Unpublished |
| State v. Proctor | 104,697 | Granted; summarily reversed; remanded to Ct. of App. | 06/19/13 | 47 Kan. App. 2d 889 |
| State v. Pullins | 106,527 | | | |
| | 106,693 | Denied | 08/29/13 | Unpublished |
| State v. Ralston | 106,539 | Denied | 09/04/13 | Unpublished |
| State v. Rand | 106,774 | Denied | 08/19/13 | Unpublished |
| State v. Reese | 108,486 | Denied | 08/29/13 | Unpublished |
| State v. Renbarger | 106,867 | Denied | 08/29/13 | Unpublished |
| State v. Rhyne | 106,313 | Denied | 09/04/13 | Unpublished |
| State v. Rice | 106,668 | Denied | 08/30/13 | Unpublished |
| State v. Richardson | 103,905 | Denied | 05/20/13 | Unpublished |
| State v. Riley | 106,353 | Denied | 04/08/13 | Unpublished |
| State v. Rivera | 105,594 | Denied | 08/19/13 | Unpublished |
| State v. Robertson | 105,517 | Denied | 07/01/13 | Unpublished |
| State v. Robinson | 105,281 | Denied | 08/29/13 | Unpublished |
| State v. Rodriguez | 105,858 | Denied | 08/19/13 | Unpublished |
| State v. Rodriguez | 107,394 | Denied | 08/30/13 | Unpublished |
| State v. Romero | 105,158 | Denied | 08/19/13 | Unpublished |
| State v. Rossing | 107,073 | Denied | 08/23/13 | Unpublished |
| State v. Rossiter | 104,539 | Denied | 05/20/13 | Unpublished |
| State v. Rowell | 106,713 | Denied | 07/19/13 | Unpublished |
| State v. Rowley | 104,680 | Denied | 08/19/13 | Unpublished |
| State v. Rush | 106,144 | Denied | 08/29/13 | Unpublished |
| State v. Sanchez | 105,051 | Denied | 04/08/13 | Unpublished |